**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ansumana S., | Case No. 26-cv-3371 (KMM/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Blanche, et al., | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT**:

1.  Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Ansumana S. by no later than **July 29, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.  Respondents' answer shall include:

    a.  Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.  A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.  Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.  If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **August 5, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.  Respondents are **PROHIBITED** from transferring Petitioner out of the District of Minnesota **without at least 24 hours prior notice** to the Court and opposing counsel so that Petitioner remains able to communicate with his attorney.

Dated: July 22, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge