**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ansumana S., | No. 26-cv-3371 (KMM/DJF) |
|      Petitioner, | |
| v. | |
| | **ORDER** |
| Todd Blanche, Acting United States Attorney General; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David Venturella, Acting Director, U.S. Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, | |
|      Respondents. | |

---

Respondents have filed a Status Notice stating that they are prepared to remove Petitioner Ansumana S. from the United States in the immediate future. (Dkt. 7.) Petitioner has filed a letter indicating that he will soon file for emergency injunctive relief preventing his removal. (Dkt. 8.) The Court has previously considered many of the same issues raised by these circumstances in a similar case before the Court. The Court hereby grants an initial temporary restraining order to enable the Petitioner to file and Respondents to respond to a formal Motion for Temporary Restraining Order. *See* Fed. R. Civ. P. 65; *Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981). The Court will consider that motion on an expedited basis.

The Court observes that, at least preliminarily, it likely has jurisdiction to address this issue in light of binding Eighth Circuit precedent. *See Jama v. I.N.S.*, 329 F.3d 630,

1

632 (8th Cir. 2003), *aff'd in relevant part*, 543 U.S. 335 (2005). While there are important questions to be addressed regarding jurisdiction, whether habeas is the proper vehicle for this relief, and the merits, the balance of equities weighs overwhelmingly in favor of the Petitioner. Specifically, if a TRO is not granted, the Petitioner might be removed to a third country without necessary due process, and be beyond the reach of the Court for a remedy. If the removal is temporarily stayed, the Court struggles to see such a delay as risking irreparable harm to the interest of the government.

## ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1. Respondents are **TEMPORARILY ENJOINED** from removing the Petitioner out of the United States pending briefing on a formal Motion for Temporary Restraining Order.

2. Counsel must meet and confer immediately about an expedited briefing schedule for Petitioner's forthcoming TRO motion.

Date: July 24, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge

2